



Stable and Reliable Remote Administration

support@luminosity.link

**LuminosityLink**

Home   Features   Pictures   Help   Buy Now

# Privacy Policy

Information we collect

**From our website**

a. E-Mail
b. Payment Information:
-CoinPayments (BTC Purchases) stores email address and first/last name you specify
-PayPal stores IP address and shipping address
c. LiteSpeed webserver logs; temporary, for debugging

**From our Software and Licensing**

a. Email Address
b. Username
c. bcrypt Hash of password (secured in database)
d. A SHA256 hash that identifies your computer, for hardware identification purposes. CPU, GPU and RAM. Does not include information that can identify you.
e. LiteSpeed webserver logs; temporary, for debugging

**In the Client Binary**

a. SHA1 hash of serial key (for authenticating client/server)
b. Username in plaintext, alongside abuse email (to prevent abuse of software)
c. General settings in client binary (Host to connect to, port, startup settings, misc. settings)

**Information Use**

a. E-Mail address is used to identify you as the owner of the license. Very rarely, notifications or promotions may be sent.
b. Username and password are used to sign into the software. Passwords are stored hashed.
c. Hardware Identification is used for the sign in process to prevent sharing of accounts. Include CPU, GPU and RAM. Does not include personal details of any kind.

We absolutely value your privacy and have no control over computers connected to your license.

For questions or comments, please email support@luminosity.link

## Purchase Now - Instant Delivery!







Purchase Now - Instant Delivery!

Terms of Service
Privacy Policy
Report Abuse

LuminosityLink 1.5

Free Updates for Life

Highly Stable and Effective

SOFTWARE INTENDED FOR LEGAL USES ONLY. It is the violation of the United States federal and/or state law and your local jurisdiction law to install surveillance software, such as the Licensed Software, onto a computer or other device you do not have the right to monitor. The law generally requires you to notify users/ owners of the device that it is being monitored. The violation of this requirement could result in severe monetary and criminal penalties imposed on the violator. You should consult your own legal advisor with respect to legality of using the Licensed Software in the manner you intend to use it prior to downloading, installing, and using it. You take full responsibility for determining that you have the right to monitor the device on which the Licensed Software is installed. LuminosityLink cannot be held responsible if a User chooses to monitor a device the User does not have the right to monitor; nor can LuminosityLink provide legal advice regarding the use of the Licensed Software.



Purchase Now - Instant Delivery!

Terms of Service
Privacy Policy
Report Abuse

LuminosityLink 1.5
Free Updates for Life

Highly Stable and Effective

SOFTWARE INTENDED FOR LEGAL USES ONLY. It is the violation of the United States federal and/or state law and your local jurisdiction law to install surveillance software, such as the Licensed Software, onto a computer or other device you do not have the right to monitor. The law generally requires you to notify users/ owners of the device that it is being monitored. The violation of this requirement could result in severe monetary and criminal penalties imposed on the violator. You should consult your own legal advisor with respect to legality of using the Licensed Software in the manner you intend to use it prior to downloading, installing, and using it. You take full responsibility for determining that you have the right to monitor the device on which the Licensed Software is installed. LuminosityLink cannot be held responsible if a User chooses to monitor a device the User does not have the right to monitor; nor can LuminosityLink provide legal advice regarding the use of the Licensed Software.





Purchase Now - Instant Delivery!

Terms of Service
Privacy Policy
Report Abuse

LuminosityLink 1.5

Free Updates for Life

Highly Stable and Effective

SOFTWARE INTENDED FOR LEGAL USES ONLY. It is the violation of the United States federal and/or state law and your local jurisdiction law to install surveillance software, such as the Licensed Software, onto a computer or other device you do not have the right to monitor. The law generally requires you to notify users/ owners of the device that it is being monitored. The violation of this requirement could result in severe monetary and criminal penalties imposed on the violator. You should consult your own legal advisor with respect to legality of using the Licensed Software in the manner you intend to use it prior to downloading, installing, and using it. You take full responsibility for determining that you have the right to monitor the device on which the Licensed Software is installed. LuminosityLink cannot be held responsible if a User chooses to monitor a device the User does not have the right to monitor; nor can LuminosityLink provide legal advice regarding the use of the Licensed Software.

