boomer678 (Kevin)
Online

NEVER TELL YOUR PASSWORD TO ANYONE.
Sunday, July 9, 2017
9:03 PM - boomer678: hello
9:03 PM - Elbobob: hi
9:03 PM - Elbobob: what was he arrested for
9:04 PM - boomer678: drunk
9:23 PM - boomer678: https://www.warframe.com/freeprime?source=ingame
Monday, July 10, 2017
12:03 AM - boomer678: https://www.youtube.com/watch?v=81L3ylAn234
12:44 AM - boomer678: i need to watch the deleted scenes
12:44 AM - boomer678: that one is great
12:45 AM - boomer678: https://my.mixtape.moe/jdzrpd.png thanks youtube
1:33 PM - boomer678: so wtf happened
1:40 PM - Elbobob: so this morning
1:40 PM - Elbobob: he got a call from his dad
1:40 PM - Elbobob: saying that his moms house had a bunch of cops outside
1:41 PM - Elbobob: they took his moms cellphone so she couldnt contact him
1:41 PM - boomer678: thats fucked
1:41 PM - Elbobob: they took all the computers from his house and are possibly still there
1:41 PM - Elbobob: his dad came up here and just left the apartment to go to his lawyer
1:41 PM - Elbobob: while i was at class
1:41 PM - boomer678: fuk
1:41 PM - Elbobob: two agents came tot he apartment
1:42 PM - Elbobob: and tried to talk with him
1:42 PM - Elbobob: and he denied ofc
1:42 PM - Elbobob: so  yeah
1:42 PM - Elbobob: interesting morning for me
1:42 PM - Elbobob: and him
1:42 PM - Elbobob: he's still not sure exactly what its about
1:43 PM - Elbobob: since its the british police evidently
1:43 PM - boomer678: is it about LL
1:43 PM - Elbobob: possibly
1:43 PM - Elbobob: not sure
1:44 PM - boomer678: or vpn
1:44 PM - boomer678: doubt its vpn
1:44 PM - Elbobob: i doubt its over vpn that fast
1:44 PM - boomer678: now im paranoid
1:45 PM - Elbobob: yeah, idk how far youre in on it but stay safe
1:46 PM - boomer678: just paypal
1:48 PM - Elbobob: well
1:50 PM - boomer678: he hasnt sold it on pp in a while
1:50 PM - boomer678: but yeah idk
1:50 PM - Elbobob: well mainly because he was having troubles with his die of pp
1:50 PM - Elbobob: his side of pp
1:50 PM - boomer678: what do you mean
1:51 PM - Elbobob: he tried calling pp to talk with them about his account the other day
1:51 PM - Elbobob: but was put on a call later list
1:51 PM - Elbobob: which they never returned
1:51 PM - boomer678: his account was banned long time ago
1:51 PM - boomer678: unrelated
1:51 PM - Elbobob: yeah
1:52 PM - Elbobob: im worried abou tmy computer now
1:54 PM - boomer678: he called me tellign me to clean my room
1:55 PM - Elbobob: yeah he did the same to me
  :   PM - boomer678: idk what thats supposed to mean